## Jackson, Appellant, *v.* Hobart Manufacturing Co.

Argued December 3, 1973. *William L. Keller,* for appellant; *Jeffery Charles Hayes,* with him *Pepper, Hamilton & Scheetz,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Kasper *v.* F. & M. Schaefer Brewing Co., Appellant.

Argued December 5, 1973. *Robertson B. Taylor,* with him *Robert H. Holland,* and *Kolb, Holland, Antonelli & Heffner,* for appellant; *Alan M. Black,* with him *Efron, Black and Epstein,* for appellee.

Order affirmed.

SPAULDING, J., absent.